# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KENNETH LEE**                                                          **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO.1:08CV664 LTS-RHW**

**NATIONWIDE INSURANCE COMPANY**
**and JOHN L. FRENCH, JOINTLY AND SEVERALLY**           **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Kenneth Lee's motion [6] to remand is **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Jackson County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 17th day of March, 2009.


                                          s/ L. T. Senter, Jr.
                                          L. T. SENTER, JR.
                                          SENIOR JUDGE